# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2007 APR 19 PM 2:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: ECSO06MN1000332

Joseph Mark Williams
(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Medical Staff, Etowah County Jail,
Etowah County Sheriffs Department

(Enter above full name(s) of the defendant(s) in this action)

CV-07-PT-0712-M

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

I. **Previous lawsuits**

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( ✓ )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **Etowah County Jail**

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( ✓ )

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not? **I filed inmate request slips explaining my problem, and my need for immediate medical action.**

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Joseph Mark Williams

Address Etowah County Jail, 827 Forrest Ave. Gadsden, AL 35901

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Medical Staff, Etowah County Jail

is employed as _____

at Etowah County Sheriff's Department.

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I went to medical department with a mouth sore. They took me to a Oral Surgeon which dianosed me with mouth cancer. He did not have the equipment to treat me, and that he would give a refferal to another doctor for immediate action.

3

**V.   RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To rule that the county proceed to take me to the reffered doctor so that I can be properly treated for Cancer before my Situation gets worse, and the cancer spreads.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 15th day of April 2007.

*Joseph Williams*

Signature(s)